Filed:10/23/2015 5:22:16 PM
Jenica Turner, District Clerk
Wood County, Texas
Reviewed By:Donna Graves

## CAUSE NO. 2015-254

| | | |
|---|---|---|
| BLAIRE REID, | § | IN THE DISTRICT COURT |
| Plaintiff, | § | |
| | § | |
| VS. | § | 402ND JUDICIAL DISTRICT |
| | § | |
| SSB HOLDINGS, INC. | § | |
| d/b/a PROTEC LABORATORY, | § | |
| Defendant. | § | WOOD COUNTY, TEXAS |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12:59 PM
DEBBIE AUTREY
Clerk

### NOTICE OF APPEAL

Plaintiff Blaire Reid files this Notice of Appeal, and would respectfully show as follows:

1. Plaintiff Reid gives notice of her intent to appeal from the trial court's Final Judgment signed on July 28, 2015. The cause number is 2015-254, styled *Blaire Reid v. SSB Holdings, Inc. d/b/a Protec Laboratory*, in the 402nd District Court of Wood County, Texas.

2. This appeal is taken to the Sixth Court of Appeals, Texarkana, Texas.

Respectfully submitted,

**DUKE SETH, P.L.L.C.**

/s/ Walker M. Duke

WALKER M. DUKE
Texas Bar No. 24036505
wduke@dukeseth.com
325 N. St. Paul Street
Suite 2220
Dallas, Texas 75201
(214) 965-8100 Telephone
(214) 965-8101 Facsimile

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

On this 23rd day of October, 2015, a true and correct copy of the foregoing document was served to the following counsel of record through the Court's electronic filing system:

Jason T. Weber
Thompson, Coe, Cousins & Irons, LLP
700 North Pearl Street
Twenty-Fifth Floor
Dallas, Texas 75201-2825

/s/ Walker M. Duke

**WALKER M. DUKE**